1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                      * * * * *

9   LEONOR MARIN-SANCHEZ                    )
                                            )   Case No. 3:11-cv-00513-LRH-WGC
10                          Plaintiff,       )
                                            )
11  vs.                                     )   ORDER REGARDING
                                            )   EARLY NEUTRAL EVALUATION
12  AMERICAN FAMILY MUTUAL                  )
    INSURANCE COMPANY,                      )
13                                          )
                            Defendant.       )
14  _____ )

15          WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any

16  time, set any appropriate civil case for settlement conference or any other alternative method of

17  dispute resolution, and

18          WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to

19  Local Rule 16-6 have proven to be an effective method of dispute resolution, and

20          WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral

21  Evaluation, even though Local Rule 16-6 does not normally apply to this type of case, and

22  GOOD CAUSE APPEARING,

23          IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by

24  Magistrate Judge Valerie P. Cooke and shall be held no later than sixty (60) days from the entry

25  of this order. The parties shall comply with the procedural requirements of Local Rule 16-6.  All

26  evaluation statements shall be delivered to Magistrate Judge Cooke in care of the Reno Clerk's

27  Office, 400 S. Virginia Street, Reno, Nevada, 89501.

28  ///

1       The Parties are instructed to contact Courtroom Deputy Clerk Lisa Mann at (775) 686-

2   5653 within ten (10) days to schedule the Early Neutral Evaluation in this action.

3

4       IT IS SO ORDERED.

5       DATED this 25th day of January, 2012.

6

7

8       _____

9       LARRY R. HICKS
        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2